# United States Court of Appeals
## For the Eighth Circuit
_____

No. 23-3278
_____

United States of America

*Plaintiff - Appellee*

v.

Matthew Leroy Anderson

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: May 6, 2024
Filed: July 16, 2024
[Unpublished]
_____

Before COLLOTON, Chief Judge, SHEPHERD and STRAS, Circuit Judges.
_____

PER CURIAM.

After Matthew Anderson pleaded guilty to three federal crimes, he received consecutive sentences totaling 321 months. He argues that his sentence was substantively unreasonable.

We conclude otherwise. Anderson received 24 months for trying to escape, *see* 18 U.S.C. § 371; 99 months for participating in a drug conspiracy, *see* 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846; and 198 months for possessing a firearm, *see* 18 U.S.C. § 924(c)(1)(A)(i), (B)(ii). The district court[1] made the sentences consecutive because of the "separate serious offense" of trying to escape custody and his leadership role in a drug conspiracy that trafficked a "staggering" amount of drugs. Its view was that a total of 321 months was "sufficient but not greater than necessary" given his "serious [criminal] conduct." In reaching that conclusion, it sufficiently considered the statutory sentencing factors, *id.* §§ 3553(a), 3584(b), and did not rely on an improper factor or commit a clear error of judgment. *See United States v. Boyum*, 54 F.4th 1012, 1015 (8th Cir. 2022) (reviewing the concurrent-versus-consecutive decision for an abuse of discretion). We accordingly affirm the judgment of the district court.

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.